March 14, 1961

No. 65310.—Suit 5025.—United States *v.* St. Joseph's Church.— —C.D. 2134 reversed December 8, 1960. C.A.D. 761.

Before the First Division, March 21, 1961

No. 65311.—North Eastern Fisheries Corp. *v.* United States, protests 60/13360, etc. (Boston).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.